UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOY NUNLEY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:20-CV-662 AGF |
| FERGUSON-FLORISSANT SCHOOL DISTRICT, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 15th day of July, 2020.

_AUDREY G. FLEISSIG_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE